UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| ACCEPTANCE INDEMNITY<br>INSURANCE COMPANY,<br><br>    Plaintiff<br><br>    v.<br><br>JJA AUTO SALES, LLC,<br>*doing business as* JJA Auto Sales;<br>SAID FARAJ; SAID ASSAD J. FARA,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:     No. 5:15-cv-02954<br>:<br>:<br>:<br>:<br>:<br>: |

---

## J U D G M E N T

And now, this 3rd day of February, 2017, for the reasons set forth in the accompanying Memorandum Opinion issued this day, **IT IS ORDERED** as follows:

1.   **JUDGMENT IS ENTERED** in favor of Plaintiff Acceptance Indemnity Insurance Company and against Defendants JJA Auto Sales, LLC, Said Faraj, and Said Assad J. Fara.

2.   Acceptance has no duty to defend Said Assad J. Fara, Said Faraj, or JJA Auto Sales & Service LLC DBA JJA Auto against the case filed against them in the Supreme Court of the State of New York, Kings County, bearing Index No. 001795/2015.

3.   Acceptance has no duty to indemnify Said Assad J. Fara, Said Faraj, or JJA Auto Sales & Service LLC DBA JJA Auto for any damages awarded against any of them in the aforementioned case in the Supreme Court of the State of New York.

4.   The Clerk of Court is directed to close this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge

1